# United States Bankruptcy Court
## Southern District of Florida

In re  **Quirino P Perez**                                                                 Case No.
                                               Debtor(s)                                                                                            Chapter    **13**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■  Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐  Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐  Copies of all payment advices **are not** attached because the debtor:
    ☐ receives disability payments
    ☐ is unemployed and does not receive unemployment compensation
    ☐ receives Social Security payments
    ☐ receives a pension
    ☐ does not work outside the home
    ☐ is self employed and does not receive payment advices

☐  None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

☐  Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐  Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐  Copies of payment advices **are not** attached because the joint debtor:
    ☐ receives disability payments
    ☐ is unemployed and does not receive unemployment compensation
    ☐ receives Social Security payments
    ☐ receives a pension
    ☐ does not work outside the home
    ☐ is self employed and does not receive payment advices

☐  None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

**/s/ Quirino P Perez**  
**Quirino P Perez**  
Signature of Attorney or Debtor

Date:  **September 14, 2012**

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

Equipco Manufacturing Inc
8505 NW 74th Street
Miami, FL 33166
305-513-8540

2756

PAY TO THE ORDER OF ___ ADVICE OF DEPOSIT - NON-NEGOTIABLE

9/7/12

$ ************

**************************************************************************************

_____ DOLLARS

QUIRINO P PEREZ
7828 WEST 29TH LANE
APT 102
HIALEAH, FL 33018

Pay Period: 08/28/12 - 09/04/12 Direct Deposit

**ADVICE OF DEPOSIT**

**NON-NEGOTIABLE**

Equipco Manufacturing Inc

Employee
QUIRINO P PEREZ  7828 WEST 29TH LANE, APT 102, HIALEAH, FL 33018

SSN ***-**-6277    Status (Fed/State) Single/(none)
Pay Period: 08/28/12 - 09/04/12

Allowances/Extra
Fed-0/0/FL-0/0
Pay Date: 09/07/12

2756

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 32.00 | 11.00 | 352.00 | 12,219.30 |
| Holiday | 8.00 | 11.00 | 88.00 | 248.00 |
| Bonus | | 37.74 | 37.74 | 37.74 |
| Overtime Hourly Rate | | | 0.00 | 195.30 |
| Vacation Hourly Rate | | | 0.00 | 800.00 |
| Overtime Rate | | | 0.00 | 99.00 |
| | | | 477.74 | 13,599.34 |

Memo
Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -57.00 | -1,504.00 |
| Social Security Employee | -20.06 | -571.17 |
| Medicare Employee | -6.93 | -197.19 |
| | -83.99 | -2,272.36 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Juantes/Gloves | 0.00 | -9.20 |

Net Pay   393.75   11,317.78

Direct Deposit
Checking - *******9955    Amount 393.75

Equipco Manufacturing Inc  8505 Northwest 74th Street, Miami, Florida 33166

Powered by Intuit Payroll

Equipco Manufacturing Inc
8505 NW 74th Street
Miami, FL 33166
305-513-8540

2798

9/14/12

PAY TO THE ORDER OF __ADVICE OF DEPOSIT - NON-NEGOTIABLE__

$ ******************

****************************************************************************************** DOLLARS

QUIRINO P PEREZ
7828 WEST 29TH LANE
APT 102
HIALEAH, FL 33018

Pay Period: 09/05/12 - 09/11/12  Direct Deposit

## NON-NEGOTIABLE

## ADVICE OF DEPOSIT

Equipco Manufacturing Inc

2798

Employee
QUIRINO P PEREZ  7828 WEST 29TH LANE, APT 102, HIALEAH, FL 33018

SSN ***-**-6277
Status (Fed/State): Single/(none)
Pay Period: 09/05/12 - 09/11/12

Allowances/Extra
Fed-0/0/FL 0/0
Pay Date: 09/14/12

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40.00 | 11.00 | 440.00 | 12,659.30 |
| Overtime Hourly Rate | | | 0.00 | 195.30 |
| Holiday | | | 0.00 | 248.00 |
| Vacation Hourly Rate | | | 0.00 | 800.00 |
| Overtime Rate | | | 0.00 | 99.00 |
| Bonus | | | 0.00 | 37.74 |
| | | | 440.00 | 14,039.34 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -51.00 | -1,555.00 |
| Social Security Employee | -18.48 | -589.65 |
| Medicare Employee | -6.38 | -203.57 |
| | -75.86 | -2,348.22 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Joantes/Gloves | 0.00 | -9.20 |

| Net Pay | | |
|---|---|---|
| | 364.14 | 11,681.92 |

| Direct Deposit | Amount |
|---|---|
| Checking - *****9955 | 364.14 |

Equipco Manufacturing Inc  8505 Northwest 74th Street, Miami, Florida 33166

Powered by Intuit Payroll

**Equipco Manufacturing Inc**
8505 NW 74th Street
Miami, FL 33166
305-513-8540

2683

8/24/12

PAY TO THE ORDER OF ___ ADVICE OF DEPOSIT - NON-NEGOTIABLE ___   $ **********************

****************************************************************** DOLLARS

QUIRINO P PEREZ
7828 WEST 29TH LANE
APT 102
HIALEAH, FL 33018

Pay Period: 08/08/12 - 08/14/12 Direct Deposit

**NON-NEGOTIABLE**

**ADVICE OF DEPOSIT**

---

Equipco Manufacturing Inc

2683

Employee
QUIRINO P PEREZ  7828 WEST 29TH LANE, APT 102, HIALEAH, FL 33018

SSN ***-**-0277
Status (Fed/State) Single/(none)
Pay Period: 08/08/12 - 08/14/12

Allowances/Extra
Fed-0/0/Fl 0/0
Pay Date: 08/24/12

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40.00 | 11.00 | 440.00 | 11,467.30 |
| Overtime Rate | 6.00 | 16.50 | 99.00 | 99.00 |
| Overtime Hourly Rate | | | 0.00 | 195.30 |
| Holiday | | | 0.00 | 160.00 |
| Vacation Hourly Rate | | | 0.00 | 800.00 |
| | | | 539.00 | 12,721.60 |

Memo
Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -66.00 | -1,402.00 |
| Social Security Employee | -22.64 | -534.31 |
| Medicare Employee | -7.81 | -184.46 |
| | -96.45 | -2,120.77 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Juanites/Gloves | 0.00 | -9.20 |

| Net Pay | 442.55 | 10,591.63 |
|---|---|---|

| Direct Deposit | | Amount |
|---|---|---|
| Checking - ******9955 | | 442.55 |

Equipco Manufacturing Inc., 8505 Northwest 74th Street, Miami, Florida 33166

Powered by Intuit Payroll

**Equipco Manufacturing Inc**
8505 NW 74th Street
Miami, FL 33166
305-513-8540

2721

8/31/12

PAY TO THE ORDER OF __ADVICE OF DEPOSIT - NON-NEGOTIABLE__

$ **********

_____ DOLLARS

QUIRINO P PEREZ
7828 WEST 29TH LANE
APT 102
HIALEAH, FL 33018

Pay Period: 08/22/12 - 08/28/12 Direct Deposit

## ADVICE OF DEPOSIT

**NON-NEGOTIABLE**

---

Equipco Manufacturing Inc

Employee
QUIRINO P PEREZ, 7828 WEST 29TH LANE, APT 102, HIALEAH, FL 33018

SSN ***-**-6277
Status (Fed/State) Single/(none)
Pay Period: 08/22/12 - 08/28/12

2721

Allowances/Extra
Fed-0/0/l L-0/0
Pay Date: 08/31/12

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40.00 | 10.00 | 400.00 | 11,867.30 |
| Overtime Hourly Rate | | | 0.00 | 195.30 |
| Holiday | | | 0.00 | 160.00 |
| Vacation Hourly Rate | | | 0.00 | 800.00 |
| Overtime Rate | | | 0.00 | 99.00 |
| | | | 400.00 | 13,121.60 |

Memo
Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -45.00 | -1,447.00 |
| Social Security Employee | -16.80 | -551.11 |
| Medicare Employee | -5.80 | -190.26 |
| | -67.60 | -2,188.37 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Jointes/Gloves | 0.00 | -9.20 |

| Net Pay | | |
|---|---|---|
| | 332.40 | 10,924.03 |

Direct Deposit
Checking - ******9955

Amount
332.40

Equipco Manufacturing Inc    8505 Northwest 74th Street, Miami, Florida 33166

Powered by Intuit Payroll